# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

CARLA COHENS                                                                                      PLAINTIFF

V.                                         4:08CV00507 JLH/JTR

WOOLWORTH CORPORATION and
LUMBERMENS MUTUAL CASUALTY
COMPANY                                                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.  Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

3.  An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A 149
Little Rock, AR 72201-3325

## I.  Background

Pending before the Court are Plaintiff's Motion to Proceed *In Forma Pauperis* and Motion to Appoint Counsel.[1] (Docket entries #1 and #3.)  For the reasons set forth below, the Court recommends that this case be dismissed, without prejudice, rendering Plaintiff's Motions moot.

In Plaintiff's *pro se* Complaint, she alleges that, on February 27, 1995, she suffered a permanent injury while working for Defendant Woolworth Corporation, who refused to provide her with adequate medical care.  She further alleges that Defendants forced her to seek medical treatment from a pro-employer physician in the workers' compensation process.  According to Plaintiff, her unfair treatment forced her to apply for Social Security benefits, in December of 1996.  Over seven years later, on May 12, 2004, Plaintiff began receiving Social Security benefits.  (Docket entry #2.)

Plaintiff claims that Defendants: (1) violated her civil rights under 42 U.S.C. § 1983; (2)

---

[1] United States District Judge J. Leon Holmes referred all pretrial matters to this Court for disposition or recommended disposition.  (Docket entry #4.)

provided perjured testimony to a "Federal Judge"; and (3) bribed other employees to prevent workers' compensation cases.  Although not named as a defendant, Plaintiff also alleges that her physician provided her with inadequate medical care.  Plaintiff requests lost wages, future medical expenses, punitive damages, and an investigation of her physician.

## II.  Discussion

While 28 U.S.C. § 1915(a)(1) allows for the commencement of a suit, without the prepayment of fees, the statute goes on to provide that "the court shall dismiss the case at any time" upon a determination that the action fails to state a claim on which relief may be granted.  *See* 28 U.S.C. § 1915(e)(2)(B).  On May 12, 2008, Plaintiff filed a *pro se* Complaint, in the United States District Court for the Eastern District of Arkansas, asserting the same allegations and claims against the identical defendants named in this action.  *See*, *Cohens v. Woolworth Corporation et al.*, E.D. Ark. No. 4:08CV00423 JMM.  On May 15, 2008, United States District Judge James M. Moody dismissed the case, concluding that Plaintiff failed to state a claim under § 1983 and that the statute of limitations had run on her claims. *Id.* at docket entry #3.

The Court agrees with Judge Moody's analysis of Plaintiff's claims.  If Plaintiff believes that her original case was dismissed in error, her recourse is to pursue an appeal to the Eighth Circuit Court of Appeals.  Plaintiff is directed *not* to file any more duplicative actions in the United States District Court for the Eastern District of Arkansas seeking to relitigate the claims previously dismissed in case No. 4:08CV00423 JMM.

## III.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's Complaint (docket entry #2), and this action, be DISMISSED, WITHOUT PREJUDICE.

2.	Plaintiff's Motion to Proceed *In Forma Pauperis* (docket entry #1) and Motion to Appoint Counsel (docket entry #3) be DENIED, AS MOOT.

Dated this 16th day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE