IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CARLA COHENS                                                                                   PLAINTIFF

V.                                  4:08CV00507 JLH/JTR

WOOLWORTH CORPORATION and
LUMBERMENS MUTUAL CASUALTY
COMPANY                                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Complaint (docket entry #2) and this action are DISMISSED, WITHOUT PREJUDICE.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (docket entry #1) and Motion to Appoint Counsel (docket entry #3) are DENIED, AS MOOT.

Dated this 1st day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE